## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: TRINSIC, INC., et al., ) | |
| ) | |
| Debtors, ) | |
| ) | |
| MICHAEL REIBLING, Trustee ) | Bankruptcy Case No. 07-10324-MAM-7 |
| of the Estates of ) | |
| Trinsic, Inc., ) | |
| Trinsic Communications, Inc., ) | |
| Touch 1 Communications, Inc., ) | |
| Z-TEL Newtwork Serices, Inc., and ) | (Jointly Administered) |
| A-TEL Consumer Services, LLC, ) | |
| ) | Adv. Proc. No. 07-1089 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-0120-CG-B |
| ) | |
| THERMO CREDIT, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This court having ascertained that Judge Mahoney granted the motion to approve settlement on September 3, 2010, in Bankruptcy Case No. 07-10324, this action is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 4th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE